**Order entered December 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00420-CR**
_____

**JESSE MARK LANPHERE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80833-2019**

**ORDER**

Before the Court is the State's December 16, 2022 motion for extension of time to file its brief. We **GRANT** the State's motion and **ORDER** the State's brief received on December 16, 2022 **FILED** as of the date of this order.

/s/    ERIN A. NOWELL
       JUSTICE